

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2014

No. 04-14-00111-CV

**IN RE ESTATE OF GILBERT M. DENMAN**, Jr, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2004-PC-1687-D
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The Appellee's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on September 5, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court